**Sherman GOLDSTEIN, Plaintiff–
Appellant,**

v.

**State of NEW YORK, State of New
York Grievance Committee, The
Tenth Judicial District, New York
State Office of Attorney General, Le-
gal Dept NYC, Defendants–Appellees.**

**Docket No. 01–9017.**

United States Court of Appeals,
Second Circuit.

May 10, 2002.

Sherman Goldstein, New York, NY, for
Appellant.

Constantine A. Speres (On Submission),
for Appellees.

Leonard Koerner (On Submission), New
York City Law Department, New York,
NY, for Appellee Legal Dept NYC.

Present McLAUGHLIN, PARKER, and
SOTOMAYOR, Circuit Judges.

UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED
AND DECREED that the decision of said
District Court be and it hereby is AF-
FIRMED.

Plaintiff-appellant Sherman Goldstein
("Goldstein") appeals from the judgment
entered by the district court, granting de-
fendants-appellees' motion to dismiss his
§ 1983 and Fourteenth Amendment due
process claims on the grounds that (1) the
claims against New York State were
barred by the Eleventh Amendment, and
(2) Goldstein did not plead any facts sup-
porting a cause of action in his claims
against the city. *Goldstein v. State of New
York,* slip op., (S.D.N.Y. August 7, 2001).

The district court was correct to con-
clude that it lacked subject matter jurisdic-
tion, *see Trotman v. Palisades Interstate
Park Comm'n* 557 F.2d 35, 40 (2d Cir.
1977); *Dube v. State Univ. Of New York,*
900 F.2d 587, 594–95 (2d Cir.1990), and
correctly ruled no claim was pled against
the City or any responsible individual.
Goldstein's principal argument on appeal is
that the state of New York is not immune
from suit. He is incorrect. The case law
Goldstein cites on appeal pertains to claims
brought under the Education of the Handi-
capped Act or the Americans with Disabili-
ties Act. Goldstein has not raised a claim
under either of these acts. Therefore, this
argument is without merit.

We have considered Goldstein's other
arguments and find them to be without
merit.

We therefore affirm for substantially the
same reasons set forth by the district
court.

For the reasons set forth above, the
judgment of the district court is AF-
FIRMED.